**EXHIBIT C**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERDEM CICEKCI, ERDAL CICEKCI and YAVUZ SAHBAZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>*Plaintiffs,*<br><br>vs.<br><br>TOPKAPI II, INC. and NEJDET APCIN<br><br>*Defendants.* | Civil Action No.: 2:19-CV-20786<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

PLEASE TAKE NOTICE that the parties hereby stipulate and agree that the above captioned matter be and is hereby dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

*/s/ Robert D. Salaman*
_____
Robert D. Salaman, Esq.
AKIN LAW GROUP PLLC
45 Broadway, Suite 1420
New York, New York 10006
Tel: (212) 825-1400
rob@akinlaws.com

Dated: September 21, 2021

*/s/ Joshua S. Lim*
_____
Joshua S. Lim, Esq.
KIM, CHO & LIM, LLC
460 Bergen Blvd, Suite 305
Palisades Park, New Jersey
Tel: (201) 585-7400
johnsean@kcllawfirm.com

Dated: September 21, 2021

SO ORDERED

*s/Claire C. Cecchi*
_____
Claire C. Cecchi, U.S.D.J.

Date:  9/27/2021